Irina Hughes, FL Bar No. 66198
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon  97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Irina_Hughes@fd.org

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>           v.<br><br>CHRISTOPHER LYN SPARKS,<br><br>                         Defendant. | No. 6:24-cr-00261-MTK<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Sentencing: April 9, 2025, at 11:00 a.m. |

Christopher Lyn Sparks is scheduled to appear for sentencing for the offenses of distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1); and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5) and (b)(2). Mr. Sparks respectfully requests this Court impose the jointly recommended sentence of 210-months' incarceration with credit for time served, followed by at least a five year term of supervised release, with a concurrent sentence for Mr. Sparks' supervised release violation in case number 6:13-cr-00228-MTK. This sentence is

Page 1  - DEFENDANT'S SENTENCING MEMORANDUM

sufficient but not greater than necessary to further the goals of sentencing outlined in 18 U.S.C. § 3553(a).

Mr. Sparks relies on the details provided in his sentencing letter, which he submits separately.

Respectfully submitted: April 4, 2025.

*s/Irina Hughes*
Irina Hughes
Assistant Federal Public Defender
